IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSC SETTLEMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-230C |
| | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Michael J. Dierberg, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7044
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353–0536
Facsimile: (202) 305-7643
E-mail: Michael.Dierberg@usdoj.gov

Dated: April 29, 2008