IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSC Settlements, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-230C<br>(Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 60-day enlargement of time, through and including July 29, 2008, within which the Government may file its response to plaintiff's complaint. Our response is currently due on May 30, 2008. This is our first request for an enlargement of time. On May 27, 2008, counsel for plaintiff SSC Settlements, LLC ("SSC") indicated that SSC is not opposed to this motion.

The requested enlargement is necessary because Government counsel has not been able to reach the appropriate individual(s) within the Government to obtain a litigation report pursuant to 28 U.S.C. § 520. This litigation report is necessary prior to preparation of a response to the complaint.

The complaint appears to allege that the Government violated a duty to "provide an acknowledgment or confirm" an assignment of annuity payments to SSC arising out of a settlement in 1987 between the Government and Peter and Rebecca Maclay. See Compl. ¶ 3-4, 17. SSC alleges that the Government has refused to provide the required acknowledgment. However, the complaint does not identify who, or what agency, within the Government has allegedly refused to provide it. See Compl. ¶ 17, 18. Shortly after Government counsel was assigned to this matter (around the end of April 2008), Government counsel requested this information from counsel for SSC in order to expeditiously contact the Government representative(s) involved in this matter so that an appropriate response may be prepared for the Government. Counsel for SSC provided additional information on May 27, 2008, and based upon that information and based upon an additional search by Government counsel, Government counsel believes that he has located the appropriate agency to prepare the litigation report.

Once Government counsel has spoken with the appropriate individuals or agency regarding the complaint, additional time will be necessary for the agency to prepare a litigation report, and for Government

counsel to prepare and file our response to the complaint. For these reasons, defendant respectfully requests that the Court grant our motion for an enlargement of time of 60 days, through and including July 29, 2008, within which we may file our response to plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, Jr.
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L St. NW
Washington, DC 20530

May 28, 2008 Attorneys for Defendant