# In the United States Court of Federal Claims

Case No. 08-230C
(Filed: May 29, 2008)

**************************************************
SSC SETTLEMENTS, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

Defendant's May 28, 2008, unopposed **Motion for a 60-day Enlargement of Time, until July 29, 2008, to respond to the Plaintiff's Complaint** is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge