IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSC Settlements, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-230C<br>(Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF INTENT TO**
**PROCEED BY DISPOSITIVE MOTION**

Pursuant to the Court's Special Procedures Order dated May 7, 2008, the United States provides notice to the Court and to plaintiff, SSC Settlements, LLC that the Government intends to file a motion to dismiss pursuant to Rule 12(b)(1) of the Rules of this Court, in lieu of an answer.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, Jr.
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L St. NW
Washington, DC 20530

July 23, 2008

Attorneys for Defendant