# In the United States Court of Federal Claims

Case No. 08-230C
(Filed: September 15, 2008)

****************************************************
SSC SETTLEMENTS, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Defendant's September 12, 2008, unopposed **Motion for a 14-day Enlargement of Time, until September 26, 2008, to file the Joint Preliminary Status Report** is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge